IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:05cr45-WHA |
| ) | |
| JEREMY ANTWON STEELE ) | |

ORDER

On June 7, 2018, the Magistrate Judge filed a Recommendation (Doc. #138) to which no timely objections have been filed. Upon an independent and *de novo* review of the record and the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. #138) is ADOPTED.

(2) Defendant's Motion for Nunc Pro Tunc Judgment and Motion to Appoint Counsel (Doc. #136) is DENIED.

DONE this 28th day of June, 2018.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON, III
      UNITED STATES DISTRICT JUDGE