IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
    v.                       )        2:05cr45-MHT
                             )            (WO)
JEREMY ANTWON STEELE         )
```

ORDER

It is ORDERED that:

(1) A hearing is set for July 15, 2026, at 10:00 a.m., by videoconference, on defendant Jeremy Antwon Steele's motion for early termination of supervised release (Doc. 147).  In addition to counsel, defendant Steele and his supervising probation officer shall participate in the hearing.  The courtroom deputy shall arrange for the videoconference.

(2) The probation office shall file a copy of defendant Steele's presentence investigation report, under seal, by July 7, 2026.

(3) Defense counsel, government counsel, and the probation office shall file a joint statement--if

possible--or separate statements addressing the following issues by July 13, 2026:

(a) What rehabilitation defendant Steele received while imprisoned, while at the reentry facility, and while on supervised release so far. This should include the length and frequency of participation and details about the rehabilitation, if available.

(b) What other programs defendant Steele successfully completed while in prison, including the length of participation and details about his participation in the programs, if available.

(c) Why, prior to completing his sentence, defendant Steele was released to the reentry facility rather than completing his sentence in prison.

(d) Why defendant Steele did not serve his full sentence.

(e) What defendant Steele's disciplinary record

was in prison, including available details regarding any disciplinary infractions.

DONE, this the 2nd day of July, 2026.

          /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE

3