IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )          2:05cr45-MHT
                              )             (WO)
JEREMY ANTWON STEELE          )

ORDER

This case is before the court on defendant Jeremy Antown Steele's motion for early termination of supervised release (Doc. 147). The supervising probation officer does not oppose Steele's motion, but the government does due to the seriousness of the underlying crime.

The U.S. Sentencing Commission has stated that, "When determining whether ... to terminate the remaining term of supervised release, the Commission *encourages* the court, in coordination with the government, to ensure that any victim of the offense is reasonably, accurately, and timely notified, and

provided, to the extent practicable, with an opportunity to be reasonably heard, unless any such victim previously requested not to be notified." U.S. Sent'g Guidelines § 5D1.4, n. 2 (2025) (emphasis added).  While neither government counsel nor defense counsel has mentioned this statement, the court believes that, given the seriousness of the underlying crime, it should bring the statement to the attention of counsel.

***

Accordingly, it is ORDERED as follows:

(1) Either the government or defendant is to notify the court, by July 29, 2026, if that party wishes to contact the victim or victims.

(2) If a party does wish to contact the victim or victims, the party shall also inform the court, by said date, how the party recommends proceeding with providing the victim or victims  with an opportunity to

2

be heard on the motion for early termination of supervised release (Doc. 147).

DONE, this the 16th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE